Warren H. ALLEN, Jr.,
Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7061.

United States Court of Appeals,
Federal Circuit.

March 30, 2004.

Martin F. Hockey, Jr., David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellant.

Warren H. Allen, Jr., Laguna, Philippines, pro se.

ON MOTION

*ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

Sylvia CARAVETTA, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5059.

United States Court of Appeals,
Federal Circuit.

March 30, 2004.

Sylvia Caravetta, of Counsel, Silver Spring, MD, pro se.

David R. Feniger, Principal Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

ORDER

Order Vacated, See 2004 WL 1088318.

The appellant having failed to pay the full docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.